UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

CRIMINAL ACTION NO.: 2:11-CR-36-1D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **NOTICE OF APPEAL** |
| | ) | |
| LINWOOD CLIFTON WOOD | ) | |
| Defendant. | ) | |

Undersigned Counsel comes and, in compliance with the Defendant's express instructions, respectfully and gives notice, pursuant to Rule 4(b) of the Federal Rules of Appellate Procedure, that Mr. Wood is appealing his conviction and judgment entered by Chief United States District Court Judge James C. Dever on June 15th, 2012, in Raleigh, North Carolina, to the United States Court of Appeals for the Fourth Circuit.

Respectfully submitted this the 25th day of June, 2012.

LELIEVER LAW, P.A.

/s/ W. Andrew LeLiever
W. Andrew LeLiever
*Attorney for Defendant*
N.C. State Bar # 37384
5 W. Hargett St., Ste. 206
Raleigh, NC 27601
Office: (919) 906-4687
Fax: (919) 882-1644

**CERTIFICATE OF SERVICE**

I hereby certify that on this date I electronically filed the forgoing Notice of Appeal with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Denise Walker
U.S. Attorney's Office
Eastern District of N.C.
310 New Bern Avenue, Suite 800
Raleigh, NC 27601-1461

Respectfully submitted this the 25th day of June, 2012.

LELIEVER LAW, P.A.


/s/ W. Andrew LeLiever
W. Andrew LeLiever
*Attorney for Defendant*
N.C. State Bar # 37384
5 W. Hargett St., Ste. 206
Raleigh, NC 27601
Office: (919) 906-4687
Fax: (919) 882-1644