UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 2:11-CR-36-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PRESENTENCE REPORT |
| LINWOOD CLIFTON WOOD. ) | |
| ) | |

For good cause shown, incorporating herein the reasons stated in its motion, the United States' Motion for Release of Presentence Report is hereby GRANTED. The United States Attorney's Office for the Eastern District of North Carolina is authorized to provide a copy of Defendant's Presentence Investigation Report in this matter to the United States Attorney's Office for the District of South Carolina.

This, the 20 day of November, 2020.

JAMES C. DEVER III
United States District Court Judge