IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:11-CR-36-D

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| LINWOOD CLIFTON WOOD, | ) | |
| | ) | |
| Defendant. | ) | |

Not later than June 14, 2021, the United States shall respond to defendant's motion for compassionate release. See [D.E. 78].

SO ORDERED. This 14 day of May 2021.

JAMES C. DEVER III
United States District Judge