IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
No. 2:11-CR-36-D
No. 2:14-CV-28-D

LINWOOD CLIFTON WOOD, )
)
                Petitioner, )
)
v. ) **ORDER**
)
UNITED STATES OF AMERICA, )
)
                Respondent. )

The court DENIES as moot defendant's motion for release [D.E. 89].

SO ORDERED. This 17 day of October, 2025.

                                            JAMES C. DEVER III
                                            United States District Judge