UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Linwood Clifton Wood            Docket No. 2:11-CR-36-1D

### Petition for Action on Supervised Release

COMES NOW Lakesha H. Wright, Senior U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Linwood Clifton Wood, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess With Intent to Distribute 500 Grams or More of Cocaine and 28 Grams or More of Cocaine Base (Crack), in violation of 21 U.S.C. § 846, and Possession of Firearms by a Felon, in violation in 18 U.S.C. §§ 922(g)(1) and 924, was sentenced by the Honorable James C. Dever III, U.S. District Judge, on June 15, 2012, to the custody of the Bureau of Prisons for a total term of 228 months. It was further ordered that upon release from imprisonment, the defendant be placed on supervised release for a total period of 4 years.

On January 17, 2025, Wood was granted clemency by former U.S. President Joseph R. Biden, Jr., and the total term of imprisonment was commuted.

Linwood Clifton Wood was released from custody on April 17, 2025, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On November 7, 2025, Wood committed the offense of Driving While Impaired (25CR458348) in Perquimans County, North Carolina. He was arrested on the same date and released on a $500 unsecured bond. The charge remains pending. In response to the violation, it is respectfully recommended that Wood be ordered to abide by a curfew with location monitoring for a period of 30 consecutive days, with the location monitoring technology to be determined by the probation officer. Wood signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 30 consecutive days. The defendant is restricted to his residence during the curfew hours. The defendant shall submit to location monitoring technology as determined by the U.S. Probation Officer and comply with its requirements as directed.

Except as herein modified, the judgment shall remain in full force and effect.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Lakesha H. Wright
Lakesha H. Wright
Senior U.S. Probation Officer
Phone: 252-335-5508
Executed On: November 19, 2025

Linwood Clifton Wood
Docket No. 2:11-CR-36-1D
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __20__ day of __November__, 2025, and ordered filed and made a part of the records in the above case.

_/s/ J. Dever_
James C. Dever III
U.S. District Judge